QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FERDINANDO JACOBO-DELORES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-416 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| FERDINANDO JACOBO-DELORES, | ) | Date: December 2, 2005 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current change of plea date of December 2, 2005 be vacated and a new date of December 16, 2005 be set for change of plea.

Defense counsel recently received a proposed plea agreement in the case and learned new information about one of the defendant's prior convictions.  Counsel needs time to discuss the legal and factual issues involved with Mr. Jacobo-Delores.

/ / /

1    It is stipulated and agreed between the parties that the period

2 beginning December 2, 2005 to December 16, 2005, should be excluded in

3 computing the time within which the trial of the above criminal

4 prosecution must commence for purposes of the Speedy Trial Act for

5 defense preparation.  All parties stipulate and agree that this is an

6 appropriate exclusion of time within the meaning of Title 18, United

7 States Code, Section 3161(h)(8)(iv) (Local Code T4).

8 Dated: November 30, 2005

9                                    Respectfully submitted,

10                                   QUIN DENVIR
                                     Federal Defender
11

12                                   /s/NED SMOCK
                                     NED SMOCK
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14                                   FERDINANDO JACOBO-DELORES

15

16                                   MCGREGOR W. SCOTT
                                     United States Attorney
17 Dated:  November 30, 2005
                                     /s/ MICHAEL BECKWITH
18                                   MICHAEL BECKWITH
                                     Assistant U.S. Attorney
19

20

21                            * * * * * * * * * *

22                                 **ORDER**

23    **IT IS SO ORDERED.**

24 DATED: November 30, 2005

25                                   /s/ Edward J. Garcia
                                     HONORABLE EDWARD J. GARCIA
26                                   District Court Judge

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28